IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GINGER P. ELDER                                                                                         PLAINTIFF

v.                                    Case No. 3:19-cv-00155-KGB

CINDY GILLESPIE, Director,
Arkansas Department of Human Services,
in her official and individual capacity, *et al*.                                                       DEFENDANTS

## ORDER

Before the Court is plaintiff Ginger P. Elder's motion for leave to proceed *in forma pauperis* (Dkt. No. 1). Based on Ms. Elder's application, she has neither the funds nor the income to pay the filing fee. Therefore, the Court grants her motion to proceed *in forma pauperis* and permits Ms. Elder to proceed without prepayment of the filing fee (Dkt. No. 1).

It is so ordered this 31st day of May, 2019.

                                                                                        _____
                                                                                        Kristine G. Baker
                                                                                        United States District Judge