# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GINGER P. ELDER**                                                                      **PLAINTIFF**

**v.**                        **Case No. 3:19-cv-00155-KGB**

**CINDY GILLESPIE, Director,**
**Arkansas Department of Human Services,**
**in her official and individual capacity,** *et al***.**                       **DEFENDANTS**

## ORDER

       This Court previously granted plaintiff Ginger P. Elder's motion for leave to proceed *in forma pauperis* (Dkt. No. 3). The Court directs the Clerk to issue summons in this action as to defendants based upon the information provided by Ms. Elder in her complaint (Dkt. No. 2, ¶¶ 9, 10, 11, 12), and the Court directs the Clerk to provide the summons to the United States Marshals Service for service upon all defendants. Fed. R. Civ. P. 4(c)(3).

       It is so ordered this 31st day of May, 2019.

                                                             Kristine G. Baker
                                                             United States District Judge