IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GINGER P. ELDER                                                                                  PLAINTIFF

v.                           Case No. 3:19-cv-00155-KGB

CINDY GILLESPIE, Director,
Arkansas Department of Human Services,
in her official and individual capacity, *et al*.                                        DEFENDANTS

## ORDER

Before the Court is defendants' motion for additional time to file a reply (Dkt. No. 16). In the motion, defendants request that they be granted additional leave to file a reply in support of their motion to dismiss and request up to and including Monday, August 12, 2019, to file their reply or seven days from the date the Court enters an Order (*Id.*, ¶ 6). For good cause shown, the Court grants the motion (Dkt. No. 16). Defendants have up to and including August 16, 2019, to file a reply brief.

It is so ordered this 9th day of August, 2019.

　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　United States District Judge