UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GINGER P. ELDER**                                                                                           **PLAINTIFF**

v.                                       **Case No. 3:19-cv-00155-KGB**

**CINDY GILLESPIE,** *et al.*                                                                              **DEFENDANTS**

**ORDER**

Before the Court is the proposed agreed motion to consolidate jointly filed by plaintiffs Ginger Elder and Jacquelyn Dearmore (collectively, "plaintiffs") and defendants Cindy Gillespie, Jerald Sharum, Richard Rosen, David Sterling, Craig Cloud, and Mark White (collectively, "defendants") on June 22, 2020 (Dkt. No. 27).  Ms. Elder commenced this action on May 23, 2019 (Dkt. No. 2).  Ms. Dearmore then filed a complaint against defendants on February 24, 2020, in a case styled *Dearmore v. Gillespie*, No. 4:20-CV-00188-KGB (E.D. Ark. Apr. 28, 2020).  In the instant motion, the parties request that this case be consolidated with *Dearmore* (Dkt. No. 27, ¶¶ 5, 7–8).

For good cause shown, the Court grants the motion.  *Dearmore v. Gillespie*, No. 4:20-CV-00188-KGB, is consolidated with and into *Elder v. Gillespie*, No. 3:19-CV-00155-KGB, and the parties are directed to make all future filings only in this case. Based on the parties' representations in the proposed agreed motion to consolidate, the Court sets the following deadlines:  (1) plaintiffs shall have until and including July 10, 2020, to file a unitary complaint; (2) defendants shall have until and including August 10, 2020, to file a motion to dismiss; (3) plaintiffs shall have until and including August 31, 2020, to respond to defendants' motion to dismiss; and (4) defendants shall have until and including September 14, 2020, to file a reply in support of their motion to dismiss. The Court will enter an amended final scheduling order by separate order.

It is so ordered this 24th day of June, 2020.

                                                                _____
                                                                Kristine G. Baker
                                                                United States District Judge