IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GINGER P. ELDER,** *et al.*                                                              **PLAINTIFFS**

v.                                Case No. **3:19-cv-00155 KGB**

**CINDY GILLESPIE, Director, Arkansas**
**Department of Human Services in her**
**official and individual capacity,** *et al.*                          **DEFENDANTS**

## ORDER

Before the Court is the status of this case. On October 2, 2020, the Court entered an amended final scheduling order and set this case for a jury trial for sometime during the week of August 16, 2021 (Dkt. No. 36). On March 31, 2021, the Court entered an Order denying defendants' motion to dismiss (Dkt. No. 38). On April 13, 2021, defendants filed a notice of interlocutory appeal of this Court's March 31, 2021, Order (Dkt. No. 39). Defendants' appeal remains pending before the United States Court of Appeals for the Eighth Circuit. Accordingly, the Court on its own motion removes this case from the trial calendar for the week of August 16, 2021, and stays all unexpired pretrial deadlines. The Court will set a new trial date and new pretrial deadlines by separate order.

It is so ordered this 20th day of July, 2021.

_____
Kristine G. Baker
United States District Judge