IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GINGER P. ELDER**   **PLAINTIFF**

v.     Case No. 3:19-cv-00155 KGB

**CINDY GILLESPIE, Director, Arkansas
Department of Human Services in her
official and individual capacity,** *et al.*   **DEFENDANTS**

## ORDER

Before the Court is defendants' motion to relieve co-counsel (Dkt. No. 46). Defendants state that Senior Assistant Attorney General Ka Tina Hodge has accepted another position and is no longer employed with the Office of the Attorney General (*Id.*, ¶ 1). Defendants request that the Court enter an order permitting the withdrawal of Ms. Hodge and relieving her of further participation in this matter (*Id.*). For good cause shown, the Court grants the motion (*Id.*). The Court directs the Clerk of Court to terminate Ms. Hodge as counsel of record for defendants.

It is so ordered this 18th day of July, 2022.

*(signature)*
Kristine G. Baker
United States District Judge