IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GINGER P. ELDER**                                                                                                            **PLAINTIFF**

v.                                  Case No. 3:19-cv-00155 KGB

**CINDY GILLESPIE, Director, Arkansas**
**Department of Human Services in her**
**official and individual capacity,** *et al.*                                                                  **DEFENDANTS**

### ORDER

Before the Court is the parties' joint motion to modify scheduling order (Dkt. No. 63). On January 19, 2023, the Court entered a Second Amended Final Scheduling Order setting the discovery deadline for May 24, 2023; the motions deadline for June 8, 2023; and a jury trial for sometime during the week of August 7, 2023 (Dkt. No. 58). The parties represent that, due to the stay in effect during defendants' appeal, they have not exchanged initial disclosures or engaged in any discovery (Dkt. No. 63, ¶ 2). Accordingly, the parties request certain modifications to the Court's Second Amended Final Scheduling Order as set forth in the parties' joint Federal Rule of Civil Procedure 26(f) Report (*Id.*, ¶¶ 3–4)(citing Dkt. No. 62)). The parties state that deadlines for initial disclosures and discovery responses will not be delayed pending settlement discussions except by written agreement of the parties or upon leave of the Court (*Id.*, ¶ 5)

For good cause shown, the Court grants the joint motion (Dkt. No. 63). The Court will set a new trial date and enter a new scheduling order, which conforms to the parties' proposed modifications, by separate Order. The parties' request for a settlement conference with a United States Magistrate Judge is under advisement.

It is so ordered this 2nd day of February, 2023.

_____
Kristine G. Baker
United States District Judge